# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 19-0991-AB (JEM) | Date | Sep. 11, 2020 |
|---|---|---|---|
| Title | Evan M. Hardy v. Board of Trustees of the California State University | | |

**Present: The Honorable** John E. McDermott, United States Magistrate Judge

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 29, 2020, the District Judge issued an Order Accepting Findings and Recommendations of United States Magistrate Judge, in which Defendant's Motion to Dismiss was granted and Plaintiff was given thirty days to file a First Amended Complaint ("FAC").

To date, Plaintiff has failed to file a FAC or otherwise communicate with the Court regarding his failure to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Plaintiff's failure to file a FAC.  Plaintiff shall file a written response to this Order to Show Cause no later than **September 25, 2020**.  Plaintiff may show cause by filing a FAC by this deadline.

Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | slo |