# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN M. HARDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br><br>　　　　　Defendant. | Case No. SACV 19-0991-AB (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: November 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE